IRELL & MANELLA LLP
Robert M. Schwartz (117166) (rschwartz@irell.com)
Victor Jih (186515) (vjih@irell.com)
Charles Elder (186524) (celder@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff*
GDC Technology Limited

WILSON SONSINI GOODRICH & ROSATI
Edward G. Poplawski (113590) (epoplawski@wgsr.com)
Gina H. Cremona (305392) (gcremona@wsgr.com)
633 W. Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (310) 210-2900
Facsimile: (866) 974-7329

Vera M. Wilson (156327) (velson@wsgr.com)
Anthony J. Weibell (238850) (aweibell@wsgr.com)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendant*
Dolby Laboratories, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| GDC TECHNOLOGY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DOLBY LABORATORIES, INC.,<br><br>Defendant. | CASE NO.: 2:16-cv-02459-PA-GJS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Judge: Hon. Percy Anderson |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10080243.1 05

STIPULATION OF DISMISSAL
CASE NO. 2:16-CV-02459-PA-GJS

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff GDC Technology Limited ("GDC") and Defendant Dolby Laboratories, Inc. ("Dolby"), through their counsel of record, that all claims by GDC against Dolby in this action, except for GDC's claim for Declaratory Relief (GDC's Fourth Claim For Relief), shall be and hereby are dismissed WITH PREJUDICE. GDC's claim for Declaratory Relief (GDC's Fourth Claim For Relief) shall be dismissed WITHOUT PREJUDICE. Each party shall bear its own attorneys' fees and costs.

Dated: October 26, 2016      IRELL & MANELLA LLP


By: */s/ Robert M. Schwartz*
    Robert M. Schwartz
Attorneys for Plaintiff
GDC Technology Limited

Dated: October 26, 2016      WILSON SONSINI GOODRICH & ROSATI


By: */s/ Edward G. Poplawski*
    Edward G. Poplawski
Attorneys for Defendant
Dolby Laboratories, Inc.

I hereby attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10080243.1 05

- 2 -

STIPULATION OF DISMISSAL
Case No. 2:16-cv-02459-PA-GJS

| | | |
|---|---|---|
| 1 | Dated: October 26, 2016 | IRELL & MANELLA LLP |

By: */s/ Robert M. Schwartz*
    Robert M. Schwartz
Attorneys for Plaintiff
GDC Technology Limited

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10080243.1 05

- 3 -

STIPULATION OF DISMISSAL
Case No. 2:16-cv-02459-PA-GJS